# United States District Court
## Violation Notice

M986

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 4067272 | MNNW6 | 426 |

4067272

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 05/07/2013 1735 | 36 CFR 4.22 |

Place of Offense
R/F N/B B/W Pkwy to PT 202 @ HASPRITZ DR

Offense Description: Factual Basis for Charge — HAZMAT ☐
OPERATING W/OUT DUE 1735 CARE

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| ANDERSON | RONALD | |

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| DX 9388 | DC | 77 | HOND/ACC | | BLK |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☑ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 125  Forfeiture Amount
+ $25 Processing Fee

PAY THIS AMOUNT → $ 150.00  Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address

Date (mm/dd/yyyy)
Time (hh:mm)

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 01/2011)   Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____.

The foregoing statement is based upon:
☐ my personal observation  ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident.